UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 16, 2001

MEMORANDUM TO COUNSEL RE:   LESC Investments, Inc. v. The Travelers Ins. Co.
Civ. No. AMD 01-2817

    I have scheduled a hearing on the open motions in this case for Friday, November 9, 2001, at 10:00 a.m. in Courtroom 5B.

    Despite the informal nature of this letter, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file