IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESC INVESTMENTS, INC.,         :
    Plaintiff                :
                             :
    v.                       :   Civil No. AMD 01-2817
                             :
                             :
THE TRAVELERS INS. CO.,         :
    Defendant                :

...o0o...

ORDER

This case came before the Court for a hearing on pending motions. Counsel having been heard, and the Court having rendered its ruling on the record, it is this 9th day of November, 2001, ORDERED

1. The motion to dismiss or transfer venue (Paper No. 4) IS DENIED;

2. The motion to remand (Paper No. 5) IS DENIED WITHOUT PREJUDICE;

3. Defendant shall file an answer within twenty-one days from date of this order;

4. The Clerk shall TRANSIT a copy of this Order to all counsel.

                                                ANDRE M. DAVIS
                                                United States District Judge