IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | |
|---|---|
| LESC INVESTMENTS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. AMD 01-2817 |
| ) | |
| THE TRAVELERS INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41(a)(1)(ii), the parties, through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice. Each party will be responsible for its own costs.

| | |
|---|---|
| MURPHY & SHAFFER | PAUL, HASTINGS, JANOFSKY & WALKER, LLP |
| By: _____ | By: _____ |
| William J. Murphy | Kirby D. Behre, Esquire |
| Suite 1400 | 1299 Pennsylvania Avenue, N.W. |
| 36 South Charles Street | 10th Floor |
| Baltimore, MD 21201-3109 | Washington, D.C. 20004-2400 |
| (410) 783-7000 | (202) 508-9500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

APPROVED
[signature]
4/30/2002

MICROFILMED
APR 30 2002